

RECEIVED
MAY 19 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| COKER et al | CIVIL ACTION NO: 15-0007 |
| VERSUS | JUDGE DONALD E. WALTER |
| WHITTINGTON et al | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a Motion for Reconsideration [Doc. #60] filed by Plaintiffs, Brandon Coker and Michael Golden. Arguing that reconsideration is necessary under Federal Rules of Civil Procedure 59(e) and 60(b), in order to avoid a clear error of law and prevent manifest injustice, Plaintiffs urge the Court to reconsider its prior ruling [Doc. #58], which granted summary judgment in favor of Defendants, Bossier Parish Sheriff Julian Whittington and Chief Deputy Charles Owens. Defendants oppose the motion. [Doc. #62]. Plaintiffs have also sought leave to file a reply [Doc. #63]; said leave is hereby **GRANTED**, and the reply [Doc. #63-2] has been considered for purposes of this Order. Nonetheless, a motion for reconsideration "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment." *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004) (citing *Simon v. United States*, 891 F.2d 1154, 1159 (5th Cir. 1990)). Rather, "[r]econsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly." *Id.* (citations omitted). Accordingly, upon due consideration, the motion [Doc. #60] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 19 day of May, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE